RAJ V. ABHYANKER, California SBN 233284
Email: raj@legalforcelaw.com
WENSHENG MA, SBN 299961
Email: vincent@legalforcelaw.com

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:    (650) 965-8731
Facsimile:    (650) 989-2131

Attorneys for Plaintiff
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJ ABHYANKER,<br><br>           Plaintiff.<br><br>    v.<br><br>NEXTDOOR, INC. and NIRAV TOLIA<br><br>           Defendants, | Case No.: 3:21-cv-01534-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS**<br><br>[FRCP 41(a)(1)(A)(i)] |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Raj Abhyanker voluntarily dismisses all claims in this action in view of this Court's order (ECF No. 560) in the related case, *Nextdoor, Inc. v. Abhyanker*, Case No. 3:12-cv-05667-EMC. This dismissal shall be only without prejudice with each party bearing its own costs and fees.

Abhyanker continues to believe that he has the right to bring this action, but takes this voluntary action in good faith in case he is ultimately wrong on this to mitigate any further harm to Nextdoor.

Respectfully submitted.

Dated: April 7, 2021               __/s/ Raj Abhyanker
                                   Raj Abhyanker
                                   Plaintiff



GRANTED
Judge Edward M. Chen